*Frederick E. Smith,* with him *Smith & Toner,* for appellees.

Opinion Per Curiam, July 2, 1970:
Judgment affirmed.
Mr. Justice Eagen and Mr. Justice Roberts dissent.

## Mishkin, Appellant, *v.* Temple Beth El of Lancaster.

Argued April 28, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*Daniel H. Shertzer,* for appellant.

*John W. Beyer,* with him *Louis Weisman,* and *Arnold, Brickler, Beyer & Barnes,* for appellee.

Opinion Per Curiam, July 2, 1970:
Decree affirmed. Each party to pay own costs.

## Commonwealth *v.* Cephas, Appellant.

Submitted January 8, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.